IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **HUBERT GRIFFITT**, | Civil File No. 4:11-cv-00875-ODS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NCO FINANCIAL SYSTEMS, INC.**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Hubert Griffitt, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: March 26, 2012   By: /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
9400 Reeds Road, Suite 210
Overland Park, KS 66207
Telephone: (913) 451-9797
Facsimile: (913) 451-6163
Mark@meinhardtlaw.com
ATTORNEY FOR PLAINTIFF

Dated: March 26, 2012   By: /s/Paul Croker
Richmond M. Enochs, #36819
Paul Croker, 57000
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
Telephone: (913) 888-1000
Facsimile: (913) 888-1065
pcroker@wallacesaunders.com
REnochs@WallaceSaunders.com
ATTORNEY FOR DEFENDANT