IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

HUBERT GRIFFITT,                    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )        Case No. 11-0875-CV-W-ODS
                                    )
NCO FINANCIAL SYSTEMS, INC.,        )
                                    )
            Defendant.              )

ORDER OF DISMISSAL

        Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE.
Each party is to bear his, her or its own costs.

IT IS SO ORDERED.


                                    /s/ Ortrie D. Smith
                                    ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 30, 2012                UNITED STATES DISTRICT COURT